**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| **Date:** November 21, 2025 | **Time:** 10 minutes<br>11:05 a.m. to 11:15 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 25-cv-09649-WHO | **Case Name:** J.A.M.C. v. Albarran, et al. | |

**Attorney for Plaintiff:** Natalia V. Santanna
**Attorney for Defendant:** William Skewes-Cox

**Deputy Clerk:** Jean Davis          **Court Reporter:** Robin Herrera

**PROCEEDINGS**

Hearing on motion for temporary injunction conducted via videoconference. Government confirms that it has no objection to plaintiff proceeding anonymously in the case. The Court summarizes tentative. Argument of government counsl heard. The Court is inclined to grant the order for temporary injunction, as such plaintiff declines argument. A written order will follow.